1  EDMUND G. BROWN JR.
   Attorney General of California
2  THOMAS S. PATTERSON
   Supervising Deputy Attorney General
3  NEAH HUYNH
   Deputy Attorney General
4  State Bar No. 235377
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone:  (415) 703-5720
6   Fax:  (415) 703-5843
    E-mail:  Neah.Huynh@doj.ca.gov
7  *Attorneys for Defendants Hill, Ingraham, Rivero,
   and Verdesoto*
8
                        IN THE UNITED STATES DISTRICT COURT
9
                      FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                                 SAN FRANCISCO DIVISION
11

12

13  **THURSTON B. MCAFEE,**                  C 09-2497 MHP (PR)

14                             Plaintiff,    **STIPULATION AND [PROPOSED]
                                              ORDER SETTING BRIEFING
15          v.                                SCHEDULE FOR DEFENDANTS'
                                              DISPOSITIVE MOTION**
16
    **CURRY, et al.,**                       Judge:  The Honorable Marilyn H. Patel
17
                               Defendants.
18

19
         Plaintiff Thurston McAfee and Defendants (through their counsel) stipulate to the
20
    following deadlines for Defendants' anticipated dispositive motion.
21
            Defendants' dispositive motion is due August 2, 2010.
22
            Plaintiff's opposition is due September 6, 2010.[1/]
23
            Defendants' reply is due September 20, 2010.
24

25

26      [1] Should Plaintiff need additional time to oppose dismissal, Defendants agreed not to
    oppose such a request.  At Plaintiff's option, he shall request more time with the Court by filing a
27  motion or ask Defendants to file an amended stipulation and proposed order reflecting the
    requested extension.
28

                                                  1

In support, the parties state the following:

(1) Plaintiff was deposed on May 18, 2010. The parties believe that the court reporter is in the process of transcribing the testimony and forwarding it to Plaintiff for review.

(2) Defendants deposed an inmate witness in San Luis Obispo on June 8, 2010. Defendants believe that the court reporter is in the process of transcribing the testimony and forwarding it to the witness for review.

(3) The parties are still conducting and responding to written discovery.

(4) Additional time is needed to conduct adequate discovery in preparation for Defendants' anticipated dispositive motion, including an anticipated opposition to that motion.

The parties so stipulate.

| | |
|---|---|
| 6/17/10 | /s/ Thurston McAfee |
| Date | Thurston McAfee, Plaintiff in Pro Se |

| | |
|---|---|
| 6/21/10 | /s/ Neah Huynh |
| Date | Neah Huynh, Deputy Attorney General<br>Counsel for Defendants |

****************

In accordance with the parties' stipulation, it is so ordered.

June 22, 2010
Date

The Honorable Marilyn H. Patel
United States

IT IS SO ORDERED
Judge Marilyn H. Patel

SF2010400682; 20293274.doc

2

Stipulation & [Proposed] Order Setting Briefing Schedule for Defs.' Dispositive Mot. (C 09-2497 MHP (pr))

Case 3:09-cv-02497-EMC   Document 20   Filed 06/23/10   Page 3 of 4

JUN-20-2010  20:46       IRONWOOD STATE PRISON              760 921 4307      P.03
JUN/17/2010/THU 08:48 AM   ATTORNEY GENERAL        FAX No. 415 703 5843          P. 003

In support, the parties state the following:

(1) Plaintiff was deposed on May 18, 2010. The parties believe that the court reporter is in the process of transcribing the testimony and forwarding it to Plaintiff for review.

(2) Defendants deposed an inmate witness in San Luis Obispo on June 8, 2010. Defendants believe that the court reporter is in the process of transcribing the testimony and forwarding it to the witness for review.

(3) The parties are still conducting and responding to written discovery.

(4) Additional time is needed to conduct adequate discovery in preparation for Defendants' anticipated dispositive motion, including an anticipated opposition to that motion.

The parties so stipulate.

6-17-10
Date

Thurston McAfee, Plaintiff in Pro Se

6·21·10
Date

Neah Huynh, Deputy Attorney General
Counsel for Defendants

*******************

In accordance with the parties' stipulation, it is so ordered.

_____
Date

The Honorable Marilyn H. Patel
United States District Judge

SF2010400682; 20293274.doc

2

Stipulation & [Proposed] Order Setting Briefing Schedule for Defs.' Dispositive Mot. (C 09-2497 MHP (pr))

# CERTIFICATE OF SERVICE

Case Name:  **T. McAfee v. Curry, et al.**          No.  **C 09-2497 MHP (PR)**

I hereby certify that on **June 21, 2010**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANTS' DISPOSITIVE MOTION**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. On **June 21, 2010**, I have mailed the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Thurston McAfee (B-95737)**
**Ironwood State Prison**
**P. O. Box 2199**
**Blythe, CA  92226-2199**
*In Pro Se*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **June 21, 2010**, at San Francisco, California.


|  A. Navarro  |  /s/ A. Navarro  |
|:---:|:---:|
|  Declarant  |  Signature  |

SF2010400682
20294907.doc