EDMUND G. BROWN JR.
Attorney General of California
THOMAS S. PATTERSON
Supervising Deputy Attorney General
NEAH HUYNH
Deputy Attorney General
State Bar No. 235377
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5720
 Fax:  (415) 703-5843
 E-mail:  Neah.Huynh@doj.ca.gov
*Attorneys for Defendants Hill, Ingraham, Rivero, and Verdesoto*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **THURSTON B. MCAFEE,**<br><br>Plaintiff,<br><br>v.<br><br>**CURRY, et al.,**<br><br>Defendants. | C 09-2497 MHP (PR)<br><br>**SECOND STIPULATION AND [PROPOSED] AMENDED ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANTS' DISPOSITIVE MOTION**<br><br>Judge:  The Honorable Marilyn H. Patel |

Plaintiff Thurston McAfee and Defendants (through their counsel) stipulate to the following revised deadlines for Defendants' anticipated dispositive motion.

Defendants' dispositive motion is due September 7, 2010.

Plaintiff's opposition is due October 7, 2010.[1]

Defendants' reply is due October 22, 2010.

---

[1] Should Plaintiff need additional time to oppose dismissal, Defendants agreed not to oppose such a request.  At Plaintiff's option, he shall request more time with the Court by filing a motion or ask Defendants to file an amended stipulation and proposed order reflecting the requested extension.

1

2d Stipulation & [Proposed] Am. Order Setting Briefing Schedule for Defs.' Dispositive Mot.
(C 09-2497 MHP (pr))

In support, the parties state the following:

(1) The parties are still conducting and responding to written discovery. For instance, Defendant Hill's response to Plaintiff's second set of interrogatories is due August 12, 2010.

(2) Defendants recently took photographs of the kitchen (including the dining halls where the riot occurred) and will forward them to Plaintiff as an attachment to an interrogatory.

(3) Plaintiff is currently preparing questions for inmate-witness Cecil Davis, who is incarcerated at California Men's Colony in San Luis Obispo, California. Plaintiff is incarcerated at Ironwood State Prison in Blythe, California. Because inmates are not permitted to communicate with each other directly, Defendants agreed to ask the prison's litigation coordinator to forward the questions (so long as the questions are relevant to the events at issue in this lawsuit) to Mr. Davis for a response. Should Mr. Davis respond, Defendants will forward such response to Mr. McAfee.

(4) Thus, additional time is needed to conduct adequate discovery in preparation for Defendants' anticipated dispositive motion, including an anticipated opposition to that motion.

(5) This request is not made for any purpose of harassment, undue delay, or any improper reason.

(6) This request is the parties' second stipulation concerning a briefing schedule for Defendants' anticipated dispositive motion.

The parties so stipulate.

```
 8/2/10                              /s/ Thurston McAfee
   Date                           Thurston McAfee, Plaintiff in Pro Se


 8/2/10                              /s/ Neah Huynh
   Date                           Neah Huynh, Deputy Attorney General
                                  Counsel for Defendants
```

****************

2

In support, the parties state the following:

(1) The parties are still conducting and responding to written discovery. For instance, Defendant Hill's response to Plaintiff's second set of interrogatories is due August 12, 2010.

(2) Defendants recently took photographs of the kitchen (including the dining halls where the riot occurred) and will forward them to Plaintiff as an attachment to an interrogatory.

(3) Plaintiff is currently preparing questions for inmate-witness Cecil Davis, who is incarcerated at California Men's Colony in San Luis Obispo, California. Plaintiff is incarcerated at Ironwood State Prison in Blythe, California. Because inmates are not permitted to communicate with each other directly, Defendants agreed to ask the prison's litigation coordinator to forward the questions (so long as the questions are relevant to the events at issue in this lawsuit) to Mr. Davis for a response. Should Mr. Davis respond, Defendants will forward such response to Mr. McAfee.

(4) Thus, additional time is needed to conduct adequate discovery in preparation for Defendants' anticipated dispositive motion, including an anticipated opposition to that motion.

(5) This request is not made for any purpose of harassment, undue delay, or any improper reason.

(6) This request is the parties' second stipulation concerning a briefing schedule for Defendants' anticipated dispositive motion.

The parties so stipulate.

8-2-10
Date

Thurston McAfee, Plaintiff in Pro Se

8/2/10
Date

Neah Huynh, Deputy Attorney General
Counsel for Defendants

2

1 | In accordance with the parties' stipulation, it is so ordered.

__8/3/2010_____
     Date

SF2010400682; 20316045.doc

_____
The Honorable Marilyn H. Patel
United States District Judge

**IT IS SO ORDERED**
Judge Marilyn H. Patel

3

2d Stipulation & [Proposed] Am. Order Setting Briefing Schedule for Defs.' Dispositive Mot.
(C 09-2497 MHP (pr))

# CERTIFICATE OF SERVICE

Case Name:  **T. McAfee v. Curry, et al.**          No.  **C 09-2497 MHP (PR)**

I hereby certify that on **August 2, 2010**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**SECOND STIPULATION AND [PROPOSED] AMENDED ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANTS' DISPOSITIVE MOTION**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. On **August 2, 2010,** I have mailed the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Thurston McAfee (B-95737)**
**Ironwood State Prison**
**P. O. Box 2199**
**Blythe, CA  92226-2199**
*In Pro Se*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **August 2, 2010**, at San Francisco, California.

| A. Navarro | /s/ A. Navarro |
|---|---|
| Declarant | Signature |

SF2010400682
20320061.doc